IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEBORAH KLINE,

                Plaintiff,

    vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Defendant.

**8:25CV574**

**ORDER**

        **IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 17) is granted and Spencer Werth is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Spencer Werth in this case.

        Dated this 17th day of February, 2026.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge