IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEBORAH KLINE,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

Defendant.

**8:25CV574**

**ORDER ON STIPULATION FOR
DISMISSAL WITH PREJUDICE**

This case is before the Court on the parties' Stipulation for Dismissal with Prejudice. Filing 19. The parties stipulate that they have settled this lawsuit and that they therefore jointly request that the lawsuit be dismissed with prejudice, with each party to pay its own costs and with complete record waived. Filing 19 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice, Filing 19, is accepted, and this case is dismissed with prejudice with each party to pay its own costs and with complete record waived.

The Clerk of Court shall close the case.

Dated this 7th Day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

1